THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ABC IP, LLC *et al.*,<br><br> *Plaintiffs*,<br><br>v.<br><br>80Mills LLC, DBA Tactical Titan Supply, *et al.*,<br><br> *Defendants*. | Case No. 1:25-cv-1262-JPC<br><br>Judge J. Philip Calabrese<br><br><br>**JOINT MOTION TO CONDUCT CASE MANAGEMENT CONFERENCE VIRTUALLY** |

 The Parties, ABC, IP, LLC, Rare Breed Triggers, Inc., 80Mills, LLC and Pearson Gardner by and through their respective counsel, respectfully move this Honorable Court to permit the Case Management Conference scheduled for October 30, 2025 at 4:00 p.m. to be conducted virtually rather than in-person.

 The Court's Notice of Case Management Conference provides that, upon agreement of all parties, the conference may be conducted virtually if a motion is filed at least seven calendar days before the scheduled date. This motion meets the seven-day requirement as it is filed thirty (30) days before the scheduled date.

 WHEREFORE, the Parties jointly respectfully request that the Court grant this Motion and permit the Case Management Conference to be conducted virtually.

1

Respectfully submitted,

| **WOOD HERRON & EVANS LLP** | **EMERSON, THOMSON & BENNETT, LLC** |
|---|---|
| *s/Glenn D. Bellamy/* | *s/ John M. Skeriotis* |
| Glenn D. Bellamy (Ohio Bar # 0070321) | John M. Skeriotis (Ohio Bar # 0069263) |
| 600 Vine Street, Suite 2800 | 1914 Akron-Peninsula Rd. |
| Cincinnati OH 45202 | Akron, Ohio 44313 |
| gbellamy@whe-law.com | jms@etblaw.com |
| Tel: (513) 707-0243 | (330) 434-9999 – Telephone |
| Fax: (513) 241-6234 | (330) 434-8888 – Facsimile |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |