UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ABC IP, LLC, *et al.*, | ) Case No. 1:25-cv-1262 |
| Plaintiffs, | ) Judge J. Philip Calabrese |
| v. | ) Magistrate Judge |
| | ) James E. Grimes, Jr. |
| 80 MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On October 1, 2025, the Court issued an order directing the parties to use the "Report of Parties' Planning Meeting in Patent Cases found in Appendix B of the Local Patent Rules in lieu of the Court's standard form." (Order, Oct. 1, 2025.) On October 23, 2025, the parties filed their report using the Court's standard form. (ECF No. 16.) The report specific to patent cases includes additional information that is not contained in the Court's standard form. Accordingly, the Court **DIRECTS** the parties to identify the following information:

1. Nature of Dispute

    a. Describe the field of the claimed invention.

    b. Claims asserted.

    c. The number of claim terms that the parties anticipate requesting the Court to construe.

    d. Describe the allegedly infringing activity or product.

    e. Describe any potentially non-infringing alternative designs.

    f. Whether the parties have stipulated that the above-described designs do not infringe the patent(s) at issue.

2. Claim Construction Hearing Format

    a. Order of presentation.

    b. Anticipated number of witnesses.

    c. Anticipated length of hearing.

The Court **ORDERS** the parties to file the above-referenced information by October 29, 2025.

**SO ORDERED.**

Dated: October 24, 2025

                              J. Philip Calabrese
                              United States District Judge
                              Northern District of Ohio