## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **ABC IP, LLC, a Delaware limited liability company,** | ) ) ) | CASE NO.  1:25-CV-1262 |
| **and** | ) ) | **JURY TRIAL DEMANDED** |
| **RARE BREED TRIGGERS, INC., a Texas corporation,** | ) ) ) | |
| **Plaintiffs.** | ) ) | |
| **v.** | ) ) | |
| **80MILLS LLC, d/b/a Tactical Titan Supply, a Wyoming limited liability company,** | ) ) ) | |
| **and** | ) ) | |
| **Pearson Gardner, an individual,** | ) ) | |
| **Defendants.** | ) | |

---

### AGREED MOTION TO STAY LOCAL PATENT RULE PROCEEDINGS PENDING DECISION ON MDL TRANSFER

---

Plaintiffs ABC IP, LLC ("ABC") and Rare Breed Triggers, Inc. ("Rare Breed") (collectively, "Plaintiffs") and Defendants 80Mills LLC, d/b/a Tactical Titan Supply ("80Mills") and Pearson Gardner ("Gardner") (collectively, "Defendants") (Plaintiffs and Defendants collectively, the "Parties"), by and through undersigned counsel, jointly move the Court for a stay of the claim construction schedule set forth in the Case Management Plan and Scheduling Order (Dkt. 22) pending the Judicial Panel on Multidistrict Litigation's ("JPML") forthcoming decision on a pending motion to centralize related actions ("MDL motion"), including this case.

In support of this agreed motion, the Parties state as follows:

1.      This case has been identified in fully briefed multidistrict litigation filings for potential consolidation in either the Northern District of Ohio or the Eastern District of Texas. *See In re Super Safety Patent Litigation*, MDL No. 3176. A decision from the JPML on the pending MDL motion is expected in the near term.

2.      A stay of the claim construction schedule in this case, pending the JPML's decision on the MDL motion, will promote judicial economy, conserve the resources of the Court and the Parties, and avoid prejudice to either side.

3.      The Parties therefore jointly request a limited stay of the claim construction obligations under L.P.R. 4.1–4.7 until the JPML issues its decision on the pending MDL motion.

4.      Pursuant to L.P.R. 1.5, the Court may modify the obligations and deadlines set forth in the Local Patent Rules upon a showing of good cause. Good cause exists here given the imminence of the JPML's decision and the substantial likelihood that claim construction proceedings will be addressed by a transferee court.

WHEREFORE, the Parties respectfully request that the Court enter an Order staying the claim construction schedule, including the obligations under L.P.R. 4.1–4.7, pending the JPML's decision on the MDL motion, including this case.

DATED: February 9, 2026

Agreed:


  /Glenn D. Bellamy/                                         *s/John M. Skeriotis*

Glenn D. Bellamy (Ohio Bar No. 0070321)          John M. Skeriotis (Ohio Bar # 0069263)

Wood Herron & Evans LLP                        jms@etblaw.com

600 Vine Street, Suite 2800                   Sergey Vernyuk (Ohio Bar # 0089101)

Cincinnati OH 45202                            sv@etblaw.com

E-mail: gbellamy@whe-law.com              1914 Akron-Peninsula Rd.

Tel: (513) 707-0243                            Akron, Ohio 44313

Fax: (513) 241-6234                         (330) 434-9999 – Telephone

                                          (330) 434-8888 – Facsimile

*Attorney for Plaintiffs*

                                          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on this 9th day of February, 2026.  Notice of this filing will be sent to all parties by  operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/* Glenn D. Bellamy
Attorney for Plaintiffs
