# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ABC IP, LLC, *et al.,* | ) |
|     Plaintiffs and Counterclaim-Defendants, | ) CASE NO.  1:25-CV-1262 ) ) Judge J. Philip Calabrese |
| v. | ) ) Magistrate Judge ) James E. Grimes |
| 80MILLS, LLC, *et al.,* | ) |
|     Defendants and Counter-Claimants. | ) ) ) ) |

## ORDER GRANTING MOTION TO STAY LOCAL PATENT RULE PROCEEDINGS

This matter is before the Court on the parties' Agreed Motion To Stay Local Patent Rule Proceedings Pending Decision on MDL Transfer. This motion is hereby GRANTED.

By agreement of the parties, claim construction obligations under L.P.R. 4.1–4.7 are hereby stayed until the Judicial Panel on Multidistrict Litigation (JPML) issues its decision on the pending motion to centralize related actions ("MDL motion") in *In re Super Safety Patent Litigation*, MDL No. 3176.

**SO ORDERED.**

Dated: February __, 2026

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio